UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 04-211

JIMMIE MAYNARD,                                                                               PLAINTIFF,

v.     **ORDER**

SOCIAL SECURITY ADMINISTRATION,                                              DEFENDANT.

\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

The plaintiff brought this action pursuant to 42 U.S.C. § 405(g) to challenge a final decision of the defendant to deny Plaintiff's application for disability insurance benefits and supplemental security income benefits. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b).

On April 13, 2005, the Magistrate Judge filed her report and recommendation, concluding that the decision of the administrative law judge ("ALJ") to deny the plaintiff benefits is supported by substantial evidence.

On April 25, 2005, the Plaintiff filed objections to the Magistrate Judge's report and recommendation. This Court must make a *de novo* determination of those portions of the Magistrate Judge's report and recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(c).

Having considered the Plaintiff's objections, which the Court finds to be without merit, and having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's report and recommendation. Therefore, the Plaintiff's objections will be

overruled.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1) the Magistrate Judge's report and recommendation [DE #12] is ADOPTED as and for the opinion of the Court;

(2) the Plaintiff's Motion for Summary Judgment [DE #9] is OVERRULED;

(3) the Defendant's Motion for Summary Judgment [DE #10] is GRANTED; and

(4) judgment in favor of the Defendant will be entered contemporaneously herewith.

This the 10th day of May, 2005.

Signed By:

*Karen K. Caldwell*

**United States District Judge**